# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WILLIAM R. SWEET,<br><br>*Plaintiff*<br><br>v.<br>EMPLOYMENT DEVELOPMENT DEPARTMENT;<br>JOSE DOE; CALIFORNIA STATE FRANCHISE TAX<br>BOARD; and DOES 1 to 100,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:17-CV-5014-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant California State Franchise Tax Board's Motion to Dismiss Amended Complaint (ECF No. 6) is GRANTED. Defendant Employment Development Department's Motion to Dismiss Amended Complaint (ECF No. 7) is GRANTED. Defendant Employment Development Department's Motion to Dismiss Complaint (ECF No. 5) is DENIED AS MOOT. Judgment of Dismissal is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on Motions to Dismiss (ECF Nos. 6, 7, and 5).

Date: June 5, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb